UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 00-6035 CR-ZLOCH

MAGISTRATE JUDGE SELTZER

UNITED STATES OF AMERICA

v.

RAYMOND McDERMOTT
and MARTHA TREMINIO DIAZ,

    Defendants.
_____/

## MOTION TO SEAL

NOW COMES the United States of America, by and through its undersigned Assistant United States Attorney, and respectfully requests, pursuant to Fed.R.Crim.P. 6(e)(4), that the attached indictment and arrest warrant be SEALED until an arrest is made or until further order of this Court, for the reason that the named defendant may flee and the integrity of the ongoing investigation might be compromised.

        Respectfully submitted,

        THOMAS E. SCOTT
        UNITED STATES ATTORNEY

By: 
        CURTIS B. MINER
        Assistant United States Attorney
        Court Number A5500463
        99 N.E. 4th Street, #600
        Miami, FL 33132-2111
        (305) 961-9128
        Fax: (305) 530-7976
        E-mail: afls02.po.cminer@usdoj.gov

