UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No: 00-6035 CR-ZLOCH

MAGISTRATE JUDGE SELTZER

18 USC 878(a)
18 USC 112(a)

UNITED STATES OF AMERICA

vs.

RAYMOND McDERMOTT
and MARTHA TREMINIO DIAZ
_____/



### INDICTMENT

The Grand Jury charges that:

#### Count 1

On or about December 30, 1999, in San Salvador, El Salvador, the defendant,

**RAYMOND McDERMOTT,**

who was later found in the United States, and whose last known address was within Broward County, in the Southern District of Florida, did knowingly and willfully threaten to assault, strike, wound, and offer violence to an internationally protected person, that is, the husband of the United States Ambassador to the country of El Salvador; in violation of Title 18, United States Code, Section 878(a).



## Count 2

On or about December 30, 1999, in San Salvador, El Salvador, the defendants,

**RAYMOND McDERMOTT and
MARTHA TREMINIO DIAZ,**

who were later found in the United States, and whose last known address was within Broward County, in the Southern District of Florida, did knowingly and willfully assault, strike, wound, offer violence to, and inflict bodily injury on an internationally protected person, that is, the husband of the United States Ambassador to the country of El Salvador; in violation of Title 18, United States Code, Sections 112(a) and 2.

A TRUE BILL

_____
FOREPERSON

_____
THOMAS E. SCOTT
UNITED STATES ATTORNEY

_____
CURTIS B. MINER
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6035-CR-ZLOCH

MAGISTRATE JUDGE SELTZER

UNITED STATES OF AMERICA

V.

**RAYMOND MCDERMOTT**
**MARTHA TREMINIO DIAZ**

CERTIFICATE OF TRIAL ATTORNEY

**Superseding Case Information:**

New Defendant(s)      Yes ___   No ___
Number of New Defendants   ___
Total number of counts   ___

**Court Division**: (Select One)

___ Miami   ___ Key West
_X_ FTL     ___ WPB    ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)     No
   List language and/or dialect   _____

4. This case will take __1__ day for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                           (Check only one)

   I    0 to 5 days        _X_     Petty       ___
   II   6 to 10 days       ___     Minor       ___
   III  11 to 20 days      ___     Misdem.     ___
   IV   21 to 60 days      ___     Felony      _X_
   V    61 days and over   ___

6. Has this case been previously filed in this District Court? (Yes or No) _No_
   If yes:
   Judge: _____          Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) _No_
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____    District of _____

   Is this a potential death penalty case? (Yes or No) _No_

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No    If yes, was it pending in the Central Region? ___ Yes ___ No

                                      _____
                                      Curtis B. Miner
                                      ASSISTANT UNITED STATES ATTORNEY
                                      Florida Court No. A5500463

*Penalty Sheet(s) attached                                    REV.4/7/99

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant Name: RAYMOND McDERMOTT          Case No. 00-6035CR-ZLOCH
                                           MAGISTRATE JUDGE
                                           SELTZER

| Count 1 | THREATENED ASSAULT ON INTERNATIONALLY PROTECTED PERSON |
|---|---|
| | 18:878(a) |
| *Max Penalty: | 3 YEARS IMPRISONMENT |
| Count 2 | ASSAULT ON INTERNATIONALLY PROTECTED PERSON |
| | 18:112(a) |
| *Max Penalty: | 10 YEARS IMPRISONMENT |
| Count | |
| *Max Penalty | |
| Count | |
| *Max Penalty | |

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

00-6035 CR-ZLOCH

MAGISTRATE JUDGE SELTZER

Defendant Name: MARTHA TREMINIO DIAZ     Case No. _____

| Count 2 | ASSAULT ON INTERNATIONALLY PROTECTED PERSON |
| --- | --- |
| | 18:112(a) |

*Max Penalty: 10 YEARS IMPRISONMENT

Count

*Max Penalty:

Count

*Max Penalty

Count

*Max Penalty

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.