AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

V.

MARTHA TREMINIO DIAZ

00-6035-CR-ZLOCH

**WARRANT FOR ARREST**

CASE NUMBER: **MAGISTRATE JUDGE SELTZER**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___MARTHA TREMINIO DIAZ___
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
ASSAULT OF AN INTERNATIONALLY PROTECTED PERSON

in violation of Title ___18___ United States Code, Section(s) ___112(a) and 2___

WILLIAM C. TURNOFF
Name of Issuing Officer

MAGISTRATE JUDGE TURNOFF
Title of Issuing Officer

[signature]
Signature of Issuing Officer

2-3-00     Miami, Fl.
Date and Location

Bail fixed at $ 50,000.00 PSB     by    WILLIAM C. TURNOFF
                                         Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.

## BOND RECOMMENDATION

DEFENDANT MARTHA TREMINIO DIAZ

$ 50,000 Personal Surety Bond   (Surety, Recognizance, Corp. Surety, Cash)
(Jail) (On Bond) (Warrant) (Summons)
(Marshal's Custody)

*CBM*

CURTIS B. MINER
ASSISTANT UNITED STATES ATTORNEY

Last Known Address   601 Talavera Road, Weston, Florida

What Facility _____

Agent   Special Agent Paul Mastando (U.S. Department of State)
(FBI) (SECRET SERVICE) (DEA) (IRS) (CUSTOMS) (ATF)

AO 8 (Rev. 3/89)
Bond Recommendation