

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs                                        Case No: 00-6035-CR-Zloch

RAYMOND McDERMOTT
MARTHA TREMINIO DIAZ     /

### ORDER

THIS CAUSE is before the Court for the initial appearance of the above-named defendant(s) on a SEALED Indictment.

UPON ORAL motion of the government in open court that the case be unsealed, it is hereby

ORDERED AND ADJUDGED that the Indictment be unsealed as to all parties.

DONE AND ORDERED at Fort Lauderdale, Florida this 4th day of January, 2000.

BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE