## COURT MINUTES

### U. S. MAGISTRATE JUDGE **BARRY S. SELTZER** – FT. LAUDERDALE, FLORIDA

DEFT: MARTHA TREMINIO DIAZ (J)    CASE NO: 00-6035-CR-ZLOCH
AUSA: CURTIS MINER / Stuart    ATTY:
AGENT: ___    VIOL: 18:878(a); 18:1112(a)
PROCEEDING I/A ON SEALED INDICT.    RECOMMENDED BOND 50,000 PSB
BOND HEARING HELD (yes)/no    COUNSEL APPOINTED Wilbur Chaney
BOND SET @ 50,000 PSB

SPECIAL CONDITIONS:
1) To be cosigned by: JoAnn Sandoval; Scott Machlovitz; Janice A Machlovit
2) Rpt to PTS every day x's a wk/month by phone; / x's a (wk)/month in person
3) Travel extended to: restricted SD/FL
4) mntn FT empl; 5) no contact w/ witnesses; 6) no firearms
7) surrender passport 8) no illegal drugs or excessive alcohol

Gov't moved to Unseal – Granted
Advised of Charges – Sworn
for appointed counsel

CJA Counsel – partial indigency – $500
to be deposited into registry of court
9) drug trtmt / testing per PTS.

NEXT COURT APPEARANCE:  INQUIRY RE COUNSEL:
PTD/BOND HRG:
PRELIM/(ARRAIGN): 2-9 /  / Chaney
Status on indigency  REMOVAL HRG: 3-13 /  / BSS
STATUS CONF:

Date: 2/4/00    Time 11:00    FTL/BSS TAPE #00- 011    Begin: 2885    End: 1000

Re-call 012 @ 178