UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



UNITED STATES OF AMERICA,   CASE NUMBER: 00-0635-CR-ZLOCH

vs.

MARTHA TREMINIO-DIAZ,

    Defendant.
_____/

## NOTICE OF APPEARANCE

**COMES NOW, WILBUR V. CHANEY, ESQUIRE**, and files this notice of Appearance as attorney of record for the Defendant herein named in the aboved-styled case.

Dated this _____ day of February, 2000.

_____
WILBUR V. CHANEY, ESQUIRE
Florida Bar #198153
475 N.E. 1st Street, Suite A-1
Delray Beach, Florida 33483
Tele: (561) 276-7447

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by U.S. Mail to **ROBIN S. ROSENBAUM, ASSISTANT UNITED STATES ATTORNEY**, 500 East Broward Boulevard, Fort Lauderdale, Florida 33394.

_____
Attorney