UNITED STATES DISTRICT COURT
Southern District of Florida
299 East Broward Boulevard
Fort Lauderdale, Florida 33301

CASE NO: 00-6035-CR-WJZ

STYLE: USA v Martha Jimenez Diaz

DATE: 2/10/00

FILED by _____ D.C.
FEB 10 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

The Chambers of the Honorable _____
has received the attached document. After review, it has been
determined that this document requires the following action by
the Clerk's Office:

_____ Docket this document as a motion for _____
_____.

_____ Docket this document as a response to the following
      motion: _____.

_____ Docket this document as an answer _____.

_____ Docket this document as _____.

_____ Docket this as an information matter only and file on the
      left side of the file.

✓ Other: docket as signature page for bond
_____
_____
_____

Signed: _____
Name:   _____
Title:  _____

22



DEFENDANT: MARTHA TREMINIO DIAZ
CASE NO: 00-6035-CR-ZLOCH

## PENALTIES AND SANCTIONS APPLICABLE TO SURETIES

Violation by the defendant of any of the foregoing conditions of release will result in an immediate obligation by the surety or sureties to pay the full amount of the bond. Forfeiture of the bond for any breach of one or more conditions may be declared by a judicial officer of any United States District Court having cognizance of the above entitled matter at the time of such breach, and if the bond is forfeited and the forfeiture is not set aside or remitted, judgement may be entered upon motion in such United States District Court against each surety jointly and severally for the amount of the bond, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and other laws of the United States.

## SIGNATURES

I have carefully read and I understand this entire appearance bond consisting of three (3) pages, or it has been read to me, and, if necessary, translated into my native language, and I know that I am obligated by law to comply with all of the terms of this bond. I promise to obey all conditions of this bond, to appear in court as required, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions outlined in this bond for violations of the terms of the bond.

If I am an agent acting for or on behalf of a corporate surety, I further represent that I am a duly authorized agent for the corporate surety and have full power to execute this bond in the amount stated.

### DEFENDANT

Signed this 4TH day of FEBRUARY, 2000, at Ft. Lauderdale, Florida.
Signed and acknowledged before me:     DEFENDANT: (Signature) Lorena Vermott
WITNESS: _____     ADDRESS: 601 Talavera Road
ADDRESS: _____     Weston, FL     ZIP 33326
_____ ZIP _____     TELEPHONE: (954) 384-4511

### CORPORATE SURETY

Signed this ___ day of _____, 20__, at _____, Florida.
SURETY: _____     AGENT: (Signature) _____
ADDRESS: _____     PRINT NAME: _____
_____ ZIP _____     TELEPHONE: _____

### INDIVIDUAL SURETIES

Signed this 4th day of February, 20 00, at Orlando, Florida
SURETY: (Signature) Jo Ann Sandoval     SURETY: (Signature) _____
PRINT NAME: Jo Ann Sandoval     PRINT NAME: _____
RELATIONSHIP                             RELATIONSHIP
TO DEFENDANT: sister in law         TO DEFENDANT: _____
ADDRESS: 2922 Squirt Oak Ct St Cloud FL     ADDRESS: _____
TELEPHONE: 407 892-4325    34769     TELEPHONE: _____

### APPROVAL BY COURT

Date: 2/4/00
_____
UNITED STATES MAGISTRATE JUDGE

DISTRIBUTION: Defendant, Assistant U.S. Attorney, Counsel, Copy for Judge, Pretrial Services