UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6035-CR-ZLOCH

UNITED STATES OF AMERICA

vs

MARTHA TREMINIO DIAZ

**ARRAIGNMENT INFORMATION SHEET**

*FILED by ___ D.C. FEB - 9 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.*

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on FEBRUARY 9, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:           Address: __ON BOND FORM_____

                    _____

                    Telephone:_____

DEFENSE COUNSEL:    Name:_____WILBUR CHANEY_____

                    Address:_____

                    _____

                    Telephone:_____

BOND SET/CONTINUED:  $_____

Bond hearing held: yes_____   no____  Bond hearing set for_____

Dated this__9TH____day of __FEBURARY_____,2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By:_____
Deputy Clerk

Tape No._____00- 08_____

cc: Copy for Judge
    U. S. Attorney

23