## COURT MINUTES

**CHIEF U. S. MAGISTRATE JUDGE LURANA S. SNOW - FT. LAUDERDALE, FLORIDA**

DEFT: MARTHA TREMINIO DIAZ (B)          CASE NO:    00-6035-CR-ZLOCH

AUSA: DEBRA STUART                      ATTY:    WILBUR CHANEY

AGENT:                                  VIOL:

PROCEEDING ARRAIGNMENT                  RECOMMENDED BOND

BOND HEARING HELD - yes/no              COUNSEL APPOINTED

_____ BOND SET @

_____ SPECIAL CONDITIONS:

1) To be cosigned by:

2) Rpt to PTS      x's a wk/month by phone;      x's a wk/month in person

3) Travel extended to:

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

NEXT COURT APPEARANCE:    INQUIRY RE COUNSEL:

PTD/BOND HRG:

PRELIM/ARRAIGN:

REMOVAL HRG:

STATUS CONF:    2-24      11      LSS

Date: 2-9-00    Time 11:00    FTL/LSS TAPE #00- 008    Begin: 1390    End: 1474

24