UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6035-CR-ZLOCH

UNITED STATES OF AMERICA, :

       Plaintiff,       :

vs.       :

MARTHA TREMINIO DIAZ.    :

       Defendants.    :

_____/



### AGREED MOTION FOR PERMISSION TO TRAVEL

COMES NOW the Defendant, Martha Treminio Diaz a/k/a Marta McDermott ("McDermott"), by and through her undersigned counsel and respectfully moves this Honorable Court for permission to travel. In support of this Motion the Defendant would show:

1. Undersigned counsel has been advised that Mrs. McDermott needs to travel to Las Vegas, Nevada on a business trip. She will be leaving on Saturday, February 26th, 2000 through Wednesday, March 1st, 2000. Mrs. McDermott will be staying at The Mirage Hotel in Las Vegas, telephone number (800) 627-6667.

2. Mrs. McDermott resides in Fort Lauderdale under the terms of her bond. Mrs. McDermott does have reporting requirements and she will notify Pretrial Services of her plans and provide them with the telephone numbers where she will be staying.

34

3. Undersigned counsel has conferred with Assistant United States Attorney Deb Stuart concerning this Motion and she has no objections.

Respectfully submitted,

**BIERMAN, SHOHAT, LOEWY,
& KLEIN, P.A.**
Attorneys for Defendant Marta McDermott
Penthouse Two
800 Brickell Avenue
Miami, Florida 33131-2944
Telephone: (305) 358-7000
Facsimile: (305) 358-4010

By: _____
**EDWARD R. SHOHAT**
**Fla. Bar No. 152634**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered by mail this 23 day of February, 2000 to: Debra J. Stuart, Esq., Assistant United States Attorney, 299 East Broward Boulevard, Fort Lauderdale, Florida, 33301.

_____
**EDWARD R. SHOHAT**

LAW OFFICES OF BIERMAN, SHOHAT, LOEWY & KLEIN, P.A. PENTHOUSE TWO, 800 BRICKELL AVENUE, MIAMI, FLORIDA 33131-2944