UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6035-CR-ZLOCH

UNITED STATES OF AMERICA,:

    Plaintiff,    :

vs.    :

MARTHA TREMINIO DIAZ,    :

    Defendant.    :
_____/



## O R D E R

THIS CAUSE came on to be heard before me upon the Motion of the Defendant, Martha Treminio Diaz a/k/a Marta McDermott, for permission to travel and the Court having reviewed the Motion, noted the Government's agreement thereto, and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED:

That the Motion is hereby **GRANTED**. That Mrs. McDermott may travel from February 26th, 2000 through March 1st, 2000, as described in the Agreed Motion to Travel.

DONE AND ORDERED in Chambers this ___ day of February, 2000.

                                                      _____
                                                      UNITED STATES MAGISTRATE JUDGE

cc:    Bierman, Shohat, Loewy, Perry & Klein, P.A.
        Debra J. Stuart, Esq.
            Assistant United States Attorney