# COURT MINUTES
## U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Martha Treminio Diaz (no deft needed)   CASE NO: 00-6035-CR-Zloch
AUSA: Deb Stuart /Lawgun/                     ATTNY: Wilbur Chaney *not present*
AGENT: _____                            VIOL: _____
PROCEEDING: Status Conference                 BOND REC: [FILED by ___ D.C. FEB 24 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.]

BOND HEARING HELD - yes/no                    COUNSEL APPOINTED:
___ BOND SET @ _____
CO-SIGNATURES: _____
SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ____ x's a week/month by phone; ____ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ___ Halfway House _____
    ___ Electronic Monitoring _____

Discovery out
2-3 day trial
No motions pending
Govt ready.

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: _____
STATUS CONFERENCE: _____
DATE: 2-24-00   TIME: 11:00am  ends 11:30 am   TAPE # 00-016   PG # 3050-3103

36