UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6035-CR-ZLOCH

UNITED STATES OF AMERICA,

VS.

MARTHA TREMINIO DIAZ,

        Defendant.
_____/

## STATUS REPORT

A status conference was held in this cause on February 24, 2000. At that conference, the parties informed the Court as follows:

1. The Government indicated that it has complied with its obligations under the Standing Discovery Order and that there are no motions currently pending. The Government further represented that its case will not involve any audio or video tapes and that it will require two to three days to try; the Government is ready to proceed.

2. Defense counsel did not appear at the status conference.

DATED at Fort Lauderdale, Florida this ____ day of February 2000.

                                                BARRY S. SELTZER
                                                United States Magistrate Judge

1

Copies to:

Honorable William J. Zloch
United States District Judge

Deb Stuart, Esquire
Assistant United States Attorney

Wilbur V. Chaney, Esquire
475 NE 1st Street, Suite A1
Delray Beach, Florida 33483-4520
Attorney for Defendant