UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

CASE NO. 00-6035-Cr-Zloch

vs

RAYMOND MCDERMOTT and
MARTHA TREMINIO DIAZ,

    Defendant.
_____/



## STIPULATED SUBSTITUTION OF COUNSEL

It is hereby stipulated between Edward R. Shohat, Esq. and the law firm of Bierman, Shohat, Loewy & Klein, P.A., 800 Brickell Avenue, Penthouse Two, Miami, Florida 33131 and Wilbur V. Chaney, Esquire, 475 N.E. 1st Street, Delray Beach, Florida 33483, that the law firm of Bierman, Shohat, Loewy & Klein, P.A. shall be substituted as counsel of record for the Defendant, MARTHA TREMINIO DIAZ, in the above cause and that Wilbur V. Chaney, Esquire hereby withdraws as counsel herein.

    DATED: February ___, 2000.

| | |
|---|---|
| **WILBUR V. CHANEY, ESQUIRE**<br>475 N.E. 1st Street<br>Suite A-1<br>Fort Lauderdale, Florida 33301-1804<br>Phone: (561) 276-7447<br><br>BY _____<br>WILBUR V. CHANEY, ESQ. | **BIERMAN, SHOHAT, LOEWY &<br>KLEIN, P.A.**<br>800 Brickell Avenue, Penthouse Two<br>Miami, Florida 33131<br>Phone: (305) 358-7000<br><br>BY _____<br>EDWARD R. SHOHAT, ESQ.<br>Fla. Bar #152634 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered by hand this 22ND day of February, 2000, to : Deborah Stuart, Esq., Assistant United States Attorney, 299 East Broward Boulevard, Fort Lauderdale, Florida  33301.

_____
EDWARD R. SHOHAT

LAW OFFICES OF BIERMAN, SHOHAT, LOEWY & KLEIN, P.A.  PENTHOUSE TWO, 800 BRICKELL AVENUE, MIAMI, FLORIDA 33131-2944