DJS:sr

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-~~0635~~-Cr-ZLOCH

UNITED STATES OF AMERICA,            :

                    PLAINTIFF,        :

v.                                    :

RAYMOND McDERMOTT and
MARTHA TREMINIO-DIAZ,                 :

                    DEFENDANTS.       :

_____



## JOINT MOTION FOR CONTINUANCE

NOW COME the parties, the United States of America and defendants Raymond McDermott

and Martha Treminio-Diaz, and file this motion for a continuance of this cause for trial, for a period

of thirty (30) days. In support of this motion, the parties show unto the Court the following:

1.    This case has been calendared for trial for the term beginning March 27, 2000. This term

represents the first time this cause has been set for trial.

2.    Defendants have only recently retained private counsel, and this cause has been

calendared this 16th day of March, 2000, for a _Garcia_ hearing before the Honorable Barry S. Seltzer.

3.    The parties anticipate that defendants will be represented by the same counsel. Based

upon further inquiry and verification of certain factual circumstances, the parties anticipate that this

cause will be disposed of without trial.

4.    Ira Loewy, Esquire, counsel for defendants, will be unavailable for the time period

March 29 - April 4, 2000, due to travel and previously scheduled court appearances.

5.    The parties desire additional time to consult regarding a fair and just disposition of this cause, but require additional time due other scheduled matters, and the necessity to verify factual circumstances with individuals currently residing in El Salvador. Most of the witnesses in this cause reside in El Salvador, as does the family of defendant Martha Treminio-Diaz [McDermott] The offense is alleged to have occurred in El Salvador.

6.    Defendants are currently free on bond and have been reporting as instructed to the Pre-Trial Services office. No party will be prejudiced by this requested brief continuance.

7.    This motion for continuance is made in good faith for the furtherance of the ends of justice and not for purposes of delay.

NOW, therefore, the parties respectfully request a continuance of this cause for trial for a period of thirty (30) days.

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

By:

IRA LOEWY, ESQUIRE
COUNSEL FOR DEFENDANTS
FLA. BAR NO. 0200794
BIERMAN, SHOHAT, LOEWY, et al.
800 Brickell Avenue, Penthouse 2
Miami, Fl. 33131
Tele No. (305) 358-7000
Fax No. (305) 358-4010

DEBRA J. STUART
ASSISTANT U.S. ATTORNEY
Court No. A5500061
Ft. Lauderdale, Fl 33394
Tele. No. (954) 356-7255
Fax No. (954) 356-7336