UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6035-CR-Zloch

UNITED STATES OF AMERICA

    Plaintiff,

VS.

Martha Treminio Diaz

    Defendant.

_____/

RECEIVED & FILED IN OPEN COURT
ON 3-16-00 AT
_____, FLA.
Carlos Juenke, Clerk
United States District Court
Southern District of Florida

### ORDER VACATING ORDER ON PARTIAL INDIGENCE
### FOR APPOINTMENT OF COUNSEL
### AND DISTRIBUTION OF AVAILABLE FUNDS

Upon consideration of the defendant's Motion to Vacate this Court's Order on Partial Indigence for Appointment of Counsel and Distribution of Available Funds, and being fully advised in the matter, it is

ORDERED and ADJUDGED that the order entered on 2-4-00 directing the defendant to pay $500 to the Clerk of Court for deposit into the Treasury is hereby VACATED.

DONE and ORDERED this 16 day of March, 2000.

_____
U.S. MAGISTRATE JUDGE
BARRY S. SELTZER

c:  United States Attorney
    Financial Section
    Defense Counsel
    Pretrial Services

Rev. 3/93