U.S. MAGISTRATE JUDGE BARRY S. SELTZER – FORT LAUDERDALE

DEFT: Martha Treminio Diaz (B)      CASE NO: 00-6035-CR-Zloch

AUSA: Debra Stuart  *Present*      ATTNY: Wilbur Chaney (cja)
                                          Ed Shohat  *Ira Lowry*
AGENT: _____      VIOL: _____

PROCEEDING: Status re partial      BOND REC: _____
            indigence/Inquiry re Counsel/Garcia Hearing
                                   COUNSEL APPOINTED:

BOND HEARING HELD – yes/no

    BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

1) Do not violate any law.

2) Appear in court as directed.

3) Surrender and/or do not obtain passports/
   travel documents.

4) Rpt to PTS as directed /or _____ X's a
   week/month by phone; _____ X's a week/month
   in person.

5) Random urine testing by Pretrial Services.
   Treatment as deemed necessary.

6) Maintain or seek full-time employment.

7) Maintain or begin an educational program.

8) No contact with victims/witnesses.

9) No firearms.

10) Curfew: _____

11) Travel extended to: _____

12) _____ Halfway House
    _____ Electronic Monitoring

*Atty Shohat allowed to represent*
*D-sworn*
*Affidavit 44 (c) –*
*signed*
*Garcia hrg held*

*Court to Order*
*Transcript*
*Order vacating partial*
*indigence signed*

NEXT COURT APPEARANCE:      DATE:      TIME:      JUDGE:

INQUIRY RE COUNSEL: _____

PTD/BOND HEARING: _____

PRELIM/ARRAIGN. OR REMOVAL: _____

STATUS CONFERENCE: _____

DATE: 3-16-00      TIME: 11:00am      TAPE # 00- 021  PG #

1400-2167

47