```
            UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF FLORIDA
            CASE NO:   00-6035-CR-ZLOCH
```



UNITED STATES OF AMERICA

      v.

RAYMOND MCDERMOTT
MARTHA DIAZ

| TYPE OF CASE | CRIMINAL |
|---|---|

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

```
PLACE                              COURTROOM A
299 E. BROWARD BLVD.               DATE & TIME:
FT. LAUDERDALE, Fl, 33301          May 5, 2000 at 10:30 AM
```

CHANGE OF PLEA  -  COUNSEL PLEASE ADVISE YOUR CLIENT JUDGE ZLOCH WILL ASK FOR A CONFESSION

                                                      CLARENCE MADDOX
                                                    CLERK OF COURT

                                                    BY DEPUTY CLERK

DATE: March 24. 2000

cc:
Debra Stuart, Esq., AUSA
Ira Loewy, Esq.