UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-0635-CR-ZLOCH

UNITED STATES OF AMERICA,          :

    Plaintiff,                     :

vs.                                :

RAYMOND MCDERMOTT and
MARTHA TREMINIO DIAZ,              :

    Defendant.                     :

_____/

## ORDER

THIS CAUSE came on to be heard upon the Stipulation for Substitution of Counsel filed by Bierman, Shohat, Loewy & Klein, P.A. substituting as counsel for the Defendant, Martha Treminio Diaz, and the Court having heard argument of counsel, it is hereby

ORDERED AND ADJUDGED:

That the Stipulation for Substitution of Counsel filed by the Law Firm of Bierman, Shohat, Loewy & Klein, P.A. substituting as attorney of record for Wilbur V. Chaney, Esq. on behalf of Martha Treminio Diaz is hereby **GRANTED**. The law firm of Bierman, Shohat, Loewy & Klein, P.A. shall substitute Wilbur V. Chaney, Esq. as attorney of record.

DONE AND ORDERED in Chambers, at Fort Lauderdale, Florida this 3rd day of April, 2000.

_____
UNITED STATES MAGISTRATE JUDGE

cc: To all parties concerned

