UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES



FILED _____ D.C.
MAY 0 5 2000
S.D. OF FLA. FT. LAUD

CASE NUMBER 00-6035-CR-Zloch  DATE 5-5-00
CLERK Carline Newby  REPORTER Carl Schanzelh
PROBATION  INTERPRETER

UNITED STATES OF AMERICA v. Martha Diaz McDermott

U.S. ATTORNEY Debra Stuart  DEFT COUNSEL Ira Loewy

DEFENDANT: (PRESENT)  NOT PRESENT  (ON BOND)  IN CUSTODY

REASON FOR HEARING Change of Plea to Count 2

RESULT OF HEARING Deft entered a plea of guilty to Count 2

JUDGMENT Court accepted plea & adjudged deft guilty to Count 2

CASE CONTINUED TO 7-28-00  TIME 9:30  FOR Sentencing

MISC Written Plea Agreement

55

RAYMOND MCDERMOTT
MARTHA MCDERMOTT
601 Talavera Road
Weston, Florida 33326

RECEIVED & FILED IN OPEN COURT
5-5-00
Ft. Laud

May 5th, 2000

Honorable William J. Zloch
United States District Judge
299 E. Broward Boulevard
Ft. Lauderdale, FL  33301

Dear Judge Zloch:

    We sincerely wish to apologize to Mr. Patterson and his family for any pain and suffering we have caused them.  Our conduct in striking Mr. Patterson and breaking his glasses was inexcusable.  We accept full responsibility and should be held fully accountable.

    We recognize that we lost control and over-reacted, allowing our anger over what was a very minor traffic incident to overcome our common sense and good judgment.  Although we did not know that Mr. Patterson was the husband of the United States Ambassador, it clearly was wrong for us to have left our vehicle, approached him in a threatening matter and used physical force in the manner in which we did.  It also has become clear to us that because of this minor traffic dispute, we put our own lives in danger by reacting in this way.  We realize that we made a serious mistake and we are very sorry.

    We are grateful that our actions did not cause any serious injury to Mr. Patterson.  We recognize that we must be more responsible as adults and as parents to our baby daughter.  We have learned the valuable lesson that all our actions carry consequences and from now on we will always think before we act.

    We hope that the Court and Mr. Patterson will accept this sincere apology.

                                 Sincerely,

                                 Raymond McDermott

                                 Martha McDermott