FILED by _____ D.C.
JUL 21 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

CASE NUMBER 00-6035-CR-Zloch   DATE 7-21-00
CLERK Carline Newby    REPORTER Carl Schanzlel
PROBATION Ed Cooley    INTERPRETER

UNITED STATES OF AMERICA v. Martha Diaz

U. S. ATTORNEY Debra Stuart   DEFT COUNSEL Ira Loewy

DEFENDANT: (PRESENT)   NOT PRESENT   (ON BOND)   IN CUSTODY

REASON FOR HEARING Sentencing
Ct 2

RESULT OF HEARING Ct 2 - 18 months - Reporting probation - $100 assessment - Restitution $350 joint & several - Spec Conds - If deported NOT Re-enter the US w/o

JUDGMENT prior express permission of A.G. - Non-Reporting if deported - Report w/in 72 hrs upon Re-entering - Restitution has been tendered to govt

CASE CONTINUED TO _____ TIME _____ FOR _____
Remaining Ct dismissed

MISC