UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6035-CR-ZLOCH

UNITED STATES OF AMERICA

    Plaintiff

    V.                                            O R D E R

MARTHA TREMINIO DIAZ

    Defendant
_____

THIS MATTER is before the Court upon Motion For Order Discharging Sureties and Returning Travel Documents (filed July 25, 2000). The Court having reviewed the Court file and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the aforementioned motion is hereby GRANTED. The sureties in this cause are hereby discharged. Pretrial Services is hereby directed to return all travel documents to the Defendant.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this _____15th_____ day of August, 2000.

                                                  WILLIAM J. ZLOCH
                                               Chief United States District Judge

cc:
Debra J. Stuart, Esq., AUSA
Ira Loewy, Esq.
Pretrial
Probation