AO 442 (Rev. 5/93) Warrant for Arrest   DOS-                                          452 205

# United States District Court

SOUTHERN **DISTRICT OF** FLORIDA

UNITED STATES OF AMERICA  **00 - 6035 CR-ZLOCH**

**WARRANT FOR ARREST**

v.

MARTHA TREMINIO DIAZ          CASE NUMBER:   **MAGISTRATE JUDGE SELTZER**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___ MARTHA TREMINIO DIAZ ___
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
ASSAULT OF AN INTERNATIONALLY PROTECTED PERSON

in violation of Title ___18___ United States Code, Section(s) ___112(a) and 2___

WILLIAM C. TURNOFF                     MAGISTRATE JUDGE TURNOFF
Name of Issuing Officer                 Title of Issuing Officer

[signature]                             2-3-00   Miami, Fl.
Signature of Issuing Officer            Date and Location

Bail fixed at $ 50,000.00 PSB    by   WILLIAM C. TURNOFF
                                       Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |
| Ft. Lauderdale, Fl |

| DATE RECEIVED 2/3/00 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 2/4/00 | Edward Stubbs, Acting US Marshal  S/D  FL | [signature] Barry Golden, ASDUSM |

This form was electronically produced by Elite Federal Forms, Inc.

